JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WILLIAM HENRY WALKER BLAKE,

     Plaintiff,

v.

JERRY DAVENPORT, et al.,

     Defendants.

Case No. 5:25-cv-01122-HDV-KES

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the First Amended Complaint and entire action is dismissed with prejudice.

DATED:   03/18/26

                                   
Hon. Hernan D. Vera
UNITED STATES DISTRICT JUDGE